```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TERON EDWARDS, by his guardian ad litem,   :   15-Cv-3637 (SHS)
Nikia Edwards,
                                           :
            Plaintiff,
                                           :
    -against-                                  ORDER
                                           :
THE CITY OF NEW YORK, *ET AL.*,
                                           :
            Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

   The parties having agreed that this matter should be exempt from participation in the Southern District of New York's Plan for Certain § 1983 Cases Against the City of New York (the § 1983 Plan),

   IT IS HEREBY ORDERED that:

   1.   The defendants' motion to exempt the case from participation in the § 1983 Plan [doc. no. 6] is granted. The Clerk of Court shall remove this case from the § 1983 Plan and remove the appropriate flag; and

   2.   The initial pretrial conference scheduled for November 15, is moved to July 21, 2015, at 4:00 p.m.

Dated:   New York, New York
         June 17, 2015

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.