USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/25/19__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

TERON EDWARDS, by his guardian *ad litem*,    :    15-Cv-3637 (SHS)
Nikia Edwards,

                        :

                Plaintiff,

                        :

     -v-

                        :

THE CITY OF NEW YORK, *ET AL.*,

                        :

                Defendants.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that the parties shall submit settlement documents to

the Court on or before December 18, 2019, if the parties have agreed to the settlement.

Dated: New York, New York
       November 25, 2019

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.