UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERON EDWARDS, by his guardian *ad litem*, Nikia Edwards,

Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

15-Cv-3637 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

Following a hearing on March 15 and March 23, 2018, the Court adjudged plaintiff Teron Edwards to be legally incompetent pursuant to Fed. R. Civ. P. 17(b)(1) and N.Y. C.P.L.R. § 1202, and appointed his mother, Nikia Edwards, as guardian ad litem pursuant to Fed. R. Civ. P. 17(c)(2). (ECF No. 146.) The Court deferred its approval of the proposed settlement of all claims between plaintiff Teron Edwards and defendant City of New York until it was in receipt of all settlement documents and an amended affidavit reflecting an accurate distribution of the settlement. The Court is now in receipt of that information. (ECF No. 175.)

Accordingly, based on the information provided in accordance with N.Y. C.P.L.R. § 1208, including the affidavits submitted (ECF Nos. 169, 175) and the hearing held on November 25, 2019, it is HEREBY ORDERED THAT:

1. The Court approves the settlement between Teron Edwards and the City of New York in accordance with Local Civil Rule 83.2(a); and

2. This action is dismissed with prejudice as against defendants City of New York and Correction Officers Hazel Jennings, Anthony Sulaiman, Lundstrom, and Monroe.

Dated: New York, New York
December 20, 2019

SO ORDERED:

Sidney H. Stein, U.S.D.J.